THE AMERICAN SILK WORKS, RESPONDENT, *v.* I. J. SALOMON, APPELLANT.

*Corporations — acquisition of property before incorporation completed — subscriptions may be in chattels.*

Corporations may acquire title to money paid upon subscriptions to capital stock before the corporation has a legal existence, and such subscriptions may be in the form of property other than money.

APPEAL from a judgment in favor of the plaintiff herein, entered on the report of a referee. The action was brought for the alleged conversion by the defendant of certain steam gas-pipes, etc., the property of the plaintiff.

*Gardiner & Goodhart*, for the appellant.

*Williams Brothers*, for the respondent.

Opinion by GILBERT, J.

Present — BARNARD, P. J., GILBERT and TAPPEN, JJ.

BARNARD, P. J., dissented.

Judgment affirmed, with costs.